■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID RICHMOND, Appellant. [38 NYS3d 905]—Order, Supreme

Court, New York County (Neil Ross, J.), entered March 4, 2015, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously modified, on the facts and in the exercise of discretion, to the extent of reducing the adjudication from level two to level one, and otherwise affirmed, without costs.

The mitigating factors cited by defendant were not adequately taken into account by the guidelines. After considering defendant's arguments, and in the exercise of our discretion, we find that a downward departure to level one is warranted under all the circumstances. Concur—Mazzarelli, J.P., Acosta, Richter, Kapnick and Gesmer, JJ.